IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEGUNDO ELOY GUAMAN GUASCO, | : Civ. No. 1:25-CV-1650 |
| Petitioner, | : |
| v. | : |
| | : (Chief Magistrate Judge Bloom) |
| BRIAN MCSHANE, et al., | : |
| Respondents. | : |

## ORDER

The petitioner filed this immigration habeas action pursuant to 28 U.S.C. § 2241 on September 3, 2025, alleging that he has been detained by U.S. Immigration and Customs Enforcement ("ICE") despite being granted bond by an Immigration Judge ("IJ"), for which he avers the Department of Homeland Security refuses to accept payment. (Doc. 1). The respondents are the Attorney General of the United States, Pamela Bondi, the Secretary of the Department of Homeland Security, Kristi Noem, and an ICE Philadelphia field office director, Brian McShane.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court is directed to send a copy of the Petition (Doc. 1) and this Order on the Respondents and the United States

Attorney, and shall note the address of the United States Attorney on the docket sheet in this case. All documents filed by the parties and the court shall be served upon the United States Attorney.

2. The respondents shall file an answer, motion, or other response to the allegations in the petition **within 21 days after the date of this order.**

3. The petitioner may file a reply to the respondents' answer or other responsive pleading **within 14 days after its service.**

So ordered this 8th day of September 2025.

*S/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge
