IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEGUNDO ELOY GUAMAN GUASCO, : | CIVIL ACTION NO. 1:25-CV-1650 |
| Petitioner : | (Judge Neary) |
| v. : | |
| BRIAN MCSHANE, KRISTI NOEM, : AND PAMELA BONDI, : | |
| Respondents : | |

# ORDER

AND NOW, this 24th day of November, 2025, upon consideration of petitioner Segundo Eloy Guaman Guasco's motion (Doc. 15) for a temporary restraining order ("TRO") and a preliminary injunction against respondents Brian McShane, Kristi Noem, and Pamela Bondi (collectively, the "Government"), and Guasco's brief (Doc. 16) in support thereof, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that

1. Guasco's motion (Doc. 15) for a TRO is **GRANTED** upon his payment of a security in the amount of $1 with the Clerk of Court pursuant to Federal Rule of Civil Procedure 65(c).

2. The Government shall immediately release Guasco upon his posting of the ordered bond and the aforementioned security.

3. The parties are ordered to file a joint letter to the docket by **12:00 P.M. Eastern Standard Time on Wednesday, November 26, 2025**, regarding the status of Guasco's release.

4. A hearing on Guasco's motion (Doc. 15) for a preliminary injunction shall commence on **December 4, 2025, at 10:30 A.M. Eastern Standard Time** in Courtroom 7A at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania 17102.

5. Pursuant to Federal Rule of Civil Procedure 65(b)(2), this Order shall expire on **December 7, 2025, at 9 A.M. Eastern Standard Time**, absent, for good cause shown, an extension by this court or upon the Government's consent.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania